No. 76–5779. ERICKSON *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–5787. JERMENDY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5792. HAUGEN *v.* BRYAN. Sup. Ct. Nev. Certiorari denied.

No. 76–5800. COWDEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–5803. LEVINGSTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5807. KARKARIA *v.* KARKARIA. Super. Ct. Pa. Certiorari denied.

No. 76–5824. AUSTING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5846. BOYD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5885. RAYGOSA-GAETA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5917. SWANSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5925. NEIKIRK *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 76–5999. BOLUS *v.* ENGLE ET AL. Sup. Ct. Ohio. Certiorari denied.